In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of ELBRIDGE G. SPAULDING, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK et al., Appellants; EDWARD R. SPAULDING et al., Executors of ELBRIDGE G. SPAULDING, Deceased, Respondents.

*Matter of Spaulding*, 49 App. Div. 541, affirmed.
(Argued June 8, 1900; decided June 22, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made March 21, 1900, affirming a decree of the Surrogate's Court of Erie county declaring that certain gifts of personal property made by the testator to his three children were not made in contemplation of death and were not subject to a transfer tax.

*Percy S. Lansdowne* and *Timothy E. Ellsworth* for appellants.

*Adelbert Moot* and *Henry W. Sprague* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.